**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1242**

DEREK N. JARVIS,

        Plaintiff - Appellant,

    v.

CONTRACTOR SECURITAS SECURITY,

        Defendant - Appellee,

    and

MONTGOMERY COUNTY, MARYLAND; ISIAH LEGGETT; MONTGOMERY
COUNTY SHERIFF'S OFFICE,

        Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District
Judge. (8:11-cv-00654-AW)

Submitted:  June 21, 2012        Decided:  June 25, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derek N. Jarvis, Appellant Pro Se.  Edward Victor Arnold, James
A. Rothschild, ANDERSON, COE & KING, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's order granting Contractor Securitas Security's motion to dismiss and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jarvis v. Contractor Securitas Sec., No. 8:11-cv-00654-AW (D. Md. Feb. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED